

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
### FORT WORTH

### NO. 02-14-00095-CV

IN RE T.D. JAKES, SERITA JAKES,                                    RELATORS
INDIVIDUALLY AND ON BEHALF
OF THE POTTER'S HOUSE OF
DALLAS, INC., THE POTTER'S
HOUSE OF FORT WORTH, INC.,
AND T.D. JAKES MINISTRIES

------------

## ORIGINAL PROCEEDING

------------

## **MEMORANDUM OPINION**[1]

------------

The court has considered relators' petition for writ of mandamus and is of the opinion that relief should be denied.  Accordingly, relators' petition for writ of mandamus is denied.

---

[1]*See* Tex. R. App. P. 47.4, 52.8(d).

PER CURIAM

PANEL:  DAUPHINOT, GARDNER, and GABRIEL, JJ.

GABRIEL, J., would request a response.

DELIVERED:  March 24, 2014